AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida ▾

| | |
|---|---|
| Shenzhen Xiangdangwen Technology Co., Ltd. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )  Civil Action No. 9:26cv80808 |
| Clutch Ventures LLC | ) ) |
| | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clutch Ventures LLC, 10761 Sea Cliff Circle, Boca Raton, Florida 33498

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ni Xue, Esq., Valerie Raphael, Esq.
Florida Bar Number: 1003514
Kemet Law Group, LLC
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  07/10/2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court